Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−16143−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hal J. Landis
677 Willow Avenue
Apartment 2
Garwood, NJ 07027

Erica N. Landis
677 Willow Avenue
Apartment 2
Garwood, NJ 07027

Social Security No.:
xxx−xx−2427

xxx−xx−8444

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/5/18 at 10:30 AM

to consider and act upon the following:

*1* − Chapter 7 Voluntary Petition Filed by Melinda D. Middlebrooks on behalf of Hal J. Landis, Erica N. Landis. (Middlebrooks, Melinda)

Dated: 1/17/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court