UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

Order Filed on January 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**HAL J. LANDIS AND
ERICA N. LANDIS,**

                Debtors.

Chapter 7

Case No. 17-16143-RG

Hearing date: January 09, 2018

Judge: Honorable Rosemary Gambardella

## ORDER DENYING MOTION TO TIME BAR
## TRUSTEE FROM OBJECTING TO EXEMPTIONS

The relief set forth on the following page(s) numbered two (2) is hereby

**ORDERED**

**DATED: January 22, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
Re:   Hal J. Landis and Erica N. Landis, Debtors
      Chapter 7; Case No. 17-16143-RG
      ORDER DENYING MOTION TO TIME BAR TRUSTEE FROM
      OBJECTING TO EXEMPTIONS

---

**THIS MATTER,** having been opened to the Court upon the motion of debtors to time bar trustee from objecting to the exemptions claimed by debtors and for related relief and the Court having considered the motion and the opposition submitted thereto and having heard the arguments of counsel and good cause having been shown; it is

**ORDERED** that the motion of debtors to time bar the trustee from objecting to the exemptions claimed by debtors and for related relief be and the same is hereby denied.