UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

Order Filed on January 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**HAL J. LANDIS AND
ERICA N. LANDIS,**

Debtors.

Chapter 7

Case No. 17-16143-RG

Hearing date: January 09, 2018

Judge: Honorable Rosemary Gambardella

## ORDER DENYING MOTION TO TIME BAR
## TRUSTEE FROM OBJECTING TO EXEMPTIONS

The relief set forth on the following page(s) numbered two (2) is hereby

**ORDERED**

**DATED: January 22, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Re:   Hal J. Landis and Erica N. Landis, Debtors
      Chapter 7; Case No. 17-16143-RG
      **ORDER DENYING MOTION TO TIME BAR TRUSTEE FROM
      OBJECTING TO EXEMPTIONS**

---

**THIS MATTER,** having been opened to the Court upon the motion of debtors to time bar trustee from objecting to the exemptions claimed by debtors and for related relief and the Court having considered the motion and the opposition submitted thereto and having heard the arguments of counsel and good cause having been shown; it is

**ORDERED** that the motion of debtors to time bar the trustee from objecting to the exemptions claimed by debtors and for related relief be and the same is hereby denied.

United States Bankruptcy Court
District of New Jersey

In re:  
Hal J. Landis  
Erica N. Landis  
    Debtors

Case No. 17-16143-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 23, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.  
db/jdb         +Hal J. Landis,   Erica N. Landis,   677 Willow Avenue,   Apartment 2,   Garwood, NJ 07027-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:

         Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com, NJ48@ecfcbis.com  
         Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
         Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jessica M. Minneci    on behalf of Debtor Hal J. Landis jminneci@middlebrooksshapiro.com  
         Jessica M. Minneci    on behalf of Joint Debtor Erica N. Landis jminneci@middlebrooksshapiro.com  
         Melinda D. Middlebrooks    on behalf of Joint Debtor Erica N. Landis middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
         Melinda D. Middlebrooks    on behalf of Debtor Hal J. Landis middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                             TOTAL: 9