| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Toyota Motor Credit Corporation | Order Filed on February 22, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  17-16143<br><br>Chapter: 7 |
| In Re:<br><br>Erica N. Landis and Hal J. Landis,<br><br>    Debtors. | Judge: Rosemary Gambaredella |

# CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 22, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:        Erica N. Landis and Hal J. Landis
Case No.:      17-16143 RG
Caption:       **CONSENT ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor Toyota Motor Credit Corporation, upon a consent order to vacate the automatic stay as to a 2014 TOYOTA RAV4 , VIN:2T3RFREV9EW200747, and with the consent of Angela Nascondiglio, Esq., counsel for the Debtors, Erica N. Landis and Hal J. Landis,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2014 TOYOTA RAV4 , VIN:2T3RFREV9EW200747 is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said vehicle is no longer property of the bankruptcy estate, having been returned to Secured Creditor at the expiration of the lease in November 2017; and

It is further **ORERED, ADJUDGED** and **DECREED** that the debtor has made all payments due under the terms of the lease; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.

I hereby agree and consent to the above terms and conditions:          Dated:   02/05/2018

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:          Dated:   01/25/2018

*/s/ Angela Nascondiglio*
Angela Nascondiglio, ESQ., ATTORNEY FOR DEBTOR