| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Toyota Motor Credit Corporation | Order Filed on February 22, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No: <u>17-16143</u><br><br>Chapter: <u>7</u><br><br>Judge: Rosemary Gambaredella |
| In Re:<br><br>Erica N. Landis and Hal J. Landis,<br><br>    Debtors. | |

## CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 22, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:     Erica N. Landis and Hal J. Landis
Case No.:   17-16143 RG
Caption:    **CONSENT ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor Toyota Motor Credit Corporation, upon a consent order to vacate the automatic stay as to a 2014 TOYOTA RAV4 , VIN:2T3RFREV9EW200747, and with the consent of Angela Nascondiglio, Esq., counsel for the Debtors, Erica N. Landis and Hal J. Landis,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2014 TOYOTA RAV4 , VIN:2T3RFREV9EW200747 is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said vehicle is no longer property of the bankruptcy estate, having been returned to Secured Creditor at the expiration of the lease in November 2017; and

It is further **ORERED, ADJUDGED** and **DECREED** that the debtor has made all payments due under the terms of the lease; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.

I hereby agree and consent to the above terms and conditions:    Dated:   02/05/2018

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:    Dated:   01/25/2018

*/s/ Angela Nascondiglio*
Angela Nascondiglio, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Hal J. Landis  
Erica N. Landis  
    Debtors

Case No. 17-16143-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 23, 2018  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.  
db/jdb       +Hal J. Landis,    Erica N. Landis,    677 Willow Avenue,    Apartment 2,    Garwood, NJ 07027-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:  
         Barbara   Edwards   on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,    NJ48@ecfcbis.com  
         Barbara   Edwards   on behalf of Attorney   Muscarella, Bochet, Edwards & D'Alessandro, PC   bedwardstrustee@aol.com,   NJ48@ecfcbis.com  
         Barbara   Edwards   bedwardstrustee@aol.com,   NJ48@ecfcbis.com  
         Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation   dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Jessica M. Minneci   on behalf of Debtor Hal J. Landis jminneci@middlebrooksshapiro.com  
         Jessica M. Minneci   on behalf of Joint Debtor Erica N. Landis jminneci@middlebrooksshapiro.com  
         Melinda D. Middlebrooks   on behalf of Joint Debtor Erica N. Landis   middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com  
         Melinda D. Middlebrooks   on behalf of Debtor Hal J. Landis middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com  
         Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation   rsolarz@kmllawgroup.com  
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                               TOTAL: 10