

Order Filed on March 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510
_____

In re:

**HAL J. LANDIS AND
ERICA N. LANDIS,**

                Debtors.

Chapter 7

Case No.  17-16143-RG

Hearing date: 3/20/18 @ 10:00 am

Judge:  Rosemary Gambardella

## ORDER EXPUNGING THE CLAIM OF
## OVERLOOK HOSPITAL

**The relief set forth on the following page(s) numbered two (2) is hereby**

**ORDERED**

**DATED: March 26, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
**Re:    Hal J. Landis and Erica N. Landis, Debtors**
        **Chapter 7; Case No. 17-16143-RG**
        **ORDER EXPUNGING THE CLAIM OF OVERLOOK HOSPITAL**

---

**THIS MATTER,** having been opened to the Court by Muscarella, Bochet, Edwards & D'Alessandro, P.C., attorneys for Trustee Barbara A. Edwards, upon a Motion seeking to expunge the claim of Overlook Hospital and the Court having considered said Motion and supporting Affidavit, and any opposition thereto and good cause having been shown;  it is

**ORDERED** that the Claim No. 13 on the Claims Register filed by Overlook Hospital on December 8, 2017 be and the same is hereby expunged.