| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>_____<br>**MUSCARELLA, BOCHET,**<br>**EDWARDS & D'ALESSANDRO, P.C.**<br>10-04 River Road<br>Fair Lawn, New Jersey 07410<br>(201)796-3100<br>Counsel to Trustee<br>BAE7510<br>_____<br>In re:<br>**HAL J. LANDIS AND**<br>**ERICA N. LANDIS,**<br>                    Debtors. | **Order Filed on March 26, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Chapter 7<br><br>Case No.  17-16143-RG<br><br>Hearing date: 3/20/18 @ 10:00 am<br><br>Judge:  Rosemary Gambardella |

**ORDER EXPUNGING THE CLAIM OF**
**OVERLOOK HOSPITAL**

**The relief set forth on the following page(s) numbered two (2) is hereby**

**ORDERED**

**DATED: March 26, 2018**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

**(Page 2)**
**Re:** Hal J. Landis and Erica N. Landis, Debtors
Chapter 7; Case No. 17-16143-RG
**ORDER EXPUNGING THE CLAIM OF OVERLOOK HOSPITAL**

___

**THIS MATTER,** having been opened to the Court by Muscarella, Bochet, Edwards & D'Alessandro, P.C., attorneys for Trustee Barbara A. Edwards, upon a Motion seeking to expunge the claim of Overlook Hospital and the Court having considered said Motion and supporting Affidavit, and any opposition thereto and good cause having been shown;  it is

**ORDERED** that the Claim No. 13 on the Claims Register filed by Overlook Hospital on December 8, 2017 be and the same is hereby expunged.

United States Bankruptcy Court
District of New Jersey

In re:
Hal J. Landis
Erica N. Landis
    Debtors

Case No. 17-16143-RG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 27, 2018
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2018.
db/jdb       +Hal J. Landis,    Erica N. Landis,    677 Willow Avenue,    Apartment 2,    Garwood, NJ 07027-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:

        Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
          NJ48@ecfcbis.com
        Barbara   Edwards    on behalf of Attorney   Muscarella, Bochet, Edwards & D'Alessandro, PC
          bedwardstrustee@aol.com,   NJ48@ecfcbis.com
        Barbara   Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Jessica M. Minneci    on behalf of Debtor Hal J. Landis jminneci@middlebrooksshapiro.com
        Jessica M. Minneci    on behalf of Joint Debtor Erica N. Landis jminneci@middlebrooksshapiro.com
        Melinda D. Middlebrooks    on behalf of Joint Debtor Erica N. Landis
          middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
        Melinda D. Middlebrooks    on behalf of Debtor Hal J. Landis middlebrooks@middlebrooksshapiro.com,
          melindamiddlebrooks@gmail.com
        Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 10