Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−16143−RG
          Chapter: 7
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Hal J. Landis | Erica N. Landis |
| 677 Willow Avenue | 677 Willow Avenue |
| Apartment 2 | Apartment 2 |
| Garwood, NJ 07027 | Garwood, NJ 07027 |

Social Security No.:
  xxx−xx−2427                                xxx−xx−8444

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:    5/8/18
Time:    10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Muscarella, Bochet, Edwards & D'Alessandro, PC, Trustee's Attorney,

COMMISSION OR FEES
$8,217.00

EXPENSES
$13.40

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 11, 2018
JAN:

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 17-16143-RG
Hal J. Landis                                                       Chapter 7
Erica N. Landis
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Apr 11, 2018
                              Form ID: 137                 Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db/jdb         +Hal J. Landis,    Erica N. Landis,    677 Willow Avenue,    Apartment 2,   Garwood, NJ 07027-1229
aty            +Muscarella, Bochet, Edwards & D'Alessandra P.C.,    10-04 River Road,    Fair Lawn, NJ 07410-1433
aty            +Muscarella, Bochet, Edwards & D'Alessandra, PC,    10-04 River Road,    Fair Lawn, NJ 07410-1433
acc            +Gramkow, Carnevale, Seifert & Co. LLC,    2 Forest Avenue,    Oradell, NJ 07649-1958
516730702       Accurate Diagnostic Labs,    3000 Hadley Road,    South Plainfield, NJ 07080-1183
516730703       ActionCollection,    29 Columbia Turnpike,    Suite 303,    Florham Park, NJ 07932-2240
516730705       Atlantic Health System,    Morristown Medical Center,     PO Box 35610,   Newark, NJ 07193-5610
516730706       Atlantic Medical Group,    PO Box 416457,    Boston, MA 02241-6457
516730707       BarclayCard Services,    PO Box 13337,    Philadelphia, PA 19101-3337
516730708       Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
517110335       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516730710       Capital One Bank, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517136835       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516730713       Chase Slate,    PO Box 15123,    Wilmington, DE 19850-5123
516730714      +Client Services, Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
516730715       Comenity-Torrid,    PO Box 659584,    San Antonio, TX 78265-9584
516730716       Credit First, N.A.,    PO Box 81344,    Cleveland, OH 44188-0344
516730718       Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
516730722       LCA Collections,    A Division of Lab Corp,    P.O. Box 2240,    Burlington, NC 27216-2240
516730720       Laboratory Corporation of,    America Holdings,    P.O. Box 2240,    Burlington, NC 27216-2240
516730721       Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
516730723      +Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
516730724       Overlook Cardiac Testing,    1 Harmon Plaza,    Suite 730,   Secaucus, NJ 07094-2803
517222171      +Overlook Hospital,    c/o CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
516730725       Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611
516730700       R' Us Credit Card/Synchrony,    PO Box 530939,    Atlanta, GA 30353-0939
517076013      +TD Bank, USA,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
516730728       Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
516730729      +Temple Emanu-El of Westfield,    756 East Broad Street,    Westfield, NJ 07090-2099
516730730       The Cardiovascular Care Group,    c/o James Bender, Esq.,    29 Columbia Turnpike,   Suite 302,
                 Florham Park, NJ 07932-2240
516730731       Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
516730732      +Westfield Imaging Center,    PO Box 1259,    Dept 105738,   Oaks, PA 19456-1259

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 00:02:38      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 00:02:34       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516730704       E-mail/Text: bkrpt@retrievalmasters.com Apr 12 2018 00:02:34      AMCA,   PO Box 1235,
                 Elmsford, NY 10523-0935
516730701      +E-mail/Text: mreed@affcollections.com Apr 12 2018 00:02:43      Accurate Collection Services,
                 17 Prospect Street,    Morristown, NJ 07960-6862
517164000       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2018 00:08:43
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516730709       E-mail/Text: cms-bk@cms-collect.com Apr 12 2018 00:02:24      Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516730712      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 12 2018 00:02:26
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
516730717       E-mail/Text: mrdiscen@discover.com Apr 12 2018 00:01:50      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
517079497       E-mail/Text: mrdiscen@discover.com Apr 12 2018 00:01:50      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516730719       E-mail/Text: bnckohlsnotices@becket-lee.com Apr 12 2018 00:01:54       Kohls Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
517162936      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2018 00:10:44
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
517216082       E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2018 00:02:28
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
516730726      +E-mail/Text: clientservices@simonsagency.com Apr 12 2018 00:03:24       Simon's Agency, Inc.,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
516730727       E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 00:10:24      Synchrony Bank,
                 Attn: Bankruptcy Dept,    PO Box 965060,   Orlando, FL 32896-5060
516734361      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 00:08:19      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 15
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 11, 2018
                              Form ID: 137             Total Noticed: 47

           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516730711     ##CareCentrix,    PO Box 7780,    London, KY 40742-7780
                                                                                            TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards     on behalf of Attorney   Muscarella, Bochet, Edwards & D'Alessandro, PC
               bedwardstrustee@aol.com,    NJ48@ecfcbis.com
              Barbara    Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Barbara    Edwards     on behalf of Accountant    Gramkow, Carnevale, Seifert & Co. LLC
               bedwardstrustee@aol.com,    NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jessica M. Minneci    on behalf of Debtor Hal J. Landis jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Joint Debtor Erica N. Landis jminneci@middlebrooksshapiro.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Erica N. Landis
               middlebrooks@middlebrooksshapiro.com,    melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks     on behalf of Debtor Hal J. Landis middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```