Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−16143−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hal J. Landis
677 Willow Avenue
Apartment 2
Garwood, NJ 07027

Erica N. Landis
677 Willow Avenue
Apartment 2
Garwood, NJ 07027

Social Security No.:
xxx−xx−2427                                xxx−xx−8444

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on May 16, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 53 − 49
Order Granting Application For Compensation for Gramkow, Carnevale, Seifert & Co. LLC, fees awarded: $2,016.25, expenses awarded: $0.00 (Related Doc # 49). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/15/2018. (rah)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 16, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Hal J. Landis  
Erica N. Landis  
    Debtors

Case No. 17-16143-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 16, 2018  
                         Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
```
acc            +Gramkow, Carnevale, Seifert & Co. LLC,    2 Forest Avenue,    Oradell, NJ 07649-1958
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
```
              Barbara    Edwards     on behalf of Accountant    Gramkow, Carnevale, Seifert & Co. LLC
               bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Barbara    Edwards     on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards     on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, PC
               bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Barbara    Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jessica M. Minneci     on behalf of Debtor Hal J. Landis jminneci@middlebrooksshapiro.com
              Jessica M. Minneci     on behalf of Joint Debtor Erica N. Landis jminneci@middlebrooksshapiro.com
              Melinda D. Middlebrooks     on behalf of Joint Debtor Erica N. Landis
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks     on behalf of Debtor Hal J. Landis middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```