UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100
Counsel to Trustee
BAE7510

**Order Filed on May 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

HAL J. LANDIS and ERICA N. LANDIS,

Debtor(s).

Case No.: 17-16143-RG

Hearing Date: 5/8/2018

Judge: Gambardella

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 15, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Gramkow, Carnevale, Seifert & Co. LLC.<br>Accountant to Trustee | $2,016.25 | $0 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:
Hal J. Landis
Erica N. Landis
    Debtors

Case No. 17-16143-RG
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: May 16, 2018 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
db/jdb     +Hal J. Landis,   Erica N. Landis,   677 Willow Avenue,   Apartment 2,   Garwood, NJ 07027-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
    Barbara Edwards   on behalf of Accountant   Gramkow, Carnevale, Seifert & Co. LLC bedwardstrustee@aol.com, NJ48@ecfcbis.com
    Barbara Edwards   on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com, NJ48@ecfcbis.com
    Barbara Edwards   on behalf of Attorney   Muscarella, Bochet, Edwards & D'Alessandro, PC bedwardstrustee@aol.com, NJ48@ecfcbis.com
    Barbara Edwards   bedwardstrustee@aol.com, NJ48@ecfcbis.com
    Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Jessica M. Minneci   on behalf of Debtor Hal J. Landis jminneci@middlebrooksshapiro.com
    Jessica M. Minneci   on behalf of Joint Debtor Erica N. Landis jminneci@middlebrooksshapiro.com
    Melinda D. Middlebrooks   on behalf of Joint Debtor Erica N. Landis middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
    Melinda D. Middlebrooks   on behalf of Debtor Hal J. Landis middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
    Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 11