UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100
Counsel to Trustee
BAE7510

**Order Filed on May 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hal J. Landis & Erica N. Landis,

Debtor(s).

Case No.:     17-16143-RG

Hearing Date:     5/15/2018

Judge:     Gambardella

Chapter:     7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 18, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Muscarella Bochet, Edwards & D'Alessandro, PC<br>Counsel to Trustee | $8,217.00 | $13.40 |

*rev. 7/1/04 jml*