UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100
Counsel to Trustee
BAE7510

**Order Filed on May 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hal J. Landis & Erica N. Landis,

Debtor(s).

Case No.: 17-16143-RG

Hearing Date: 5/15/2018

Judge: Gambardella

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 18, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Muscarella Bochet, Edwards & D'Alessandro, PC<br>Counsel to Trustee | $8,217.00 | $13.40 |

*rev. 7/1/04 jml*

```
                          United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 17-16143-RG
Hal J. Landis                                                   Chapter 7
Erica N. Landis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1                  Date Rcvd: May 21, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db/jdb          +Hal J. Landis,    Erica N. Landis,    677 Willow Avenue,    Apartment 2,    Garwood, NJ 07027-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Barbara    Edwards    on behalf of Accountant    Gramkow, Carnevale, Seifert & Co. LLC
               bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Barbara    Edwards    on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, PC
               bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Barbara    Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jessica M. Minneci    on behalf of Debtor Hal J. Landis jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Joint Debtor Erica N. Landis jminneci@middlebrooksshapiro.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Erica N. Landis
               middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Debtor Hal J. Landis middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11