UNITED STATES BANKRUPTCY C
DISTRICT OF NEW JERSE

In re:
Landis, Hal J. & Erica N.
Erica N. Landis

Order Filed on July 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Debtor(s)

Case No. 17-16143 RG

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW,  this _____ day of _____, 20__, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,500.00 is reasonable compensation for the services in this case by Barbara A. Edwards, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $55.89 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

DATED: July 13, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge