UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
Landis, Hal J. & Erica N.
Erica N. Landis

Order Filed on July 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Debtor(s)

Case No. 17-16143 RG

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 20_, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,500.00 is reasonable compensation for the services in this case by Barbara A. Edwards, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $55.89 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: July 13, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Hal J. Landis  
Erica N. Landis  
     Debtors

Case No. 17-16143-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jul 16, 2018  
               Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.  
db/jdb      +Hal J. Landis,    Erica N. Landis,    677 Willow Avenue,    Apartment 2,    Garwood, NJ 07027-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:

       Barbara    Edwards    on behalf of Accountant    Gramkow, Carnevale, Seifert & Co. LLC  
        bedwardstrustee@aol.com, NJ48@ecfcbis.com  
       Barbara    Edwards    on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com,  
        NJ48@ecfcbis.com  
       Barbara    Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, PC  
        bedwardstrustee@aol.com, NJ48@ecfcbis.com  
       Barbara    Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jessica M. Minneci    on behalf of Debtor Hal J. Landis jminneci@middlebrooksshapiro.com  
       Jessica M. Minneci    on behalf of Joint Debtor Erica N. Landis jminneci@middlebrooksshapiro.com  
       Melinda D. Middlebrooks    on behalf of Joint Debtor Erica N. Landis  
        middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
       Melinda D. Middlebrooks    on behalf of Debtor Hal J. Landis middlebrooks@middlebrooksshapiro.com,  
        melindamiddlebrooks@gmail.com  
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
        rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                     TOTAL: 11