Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−16143−RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Hal J. Landis | Erica N. Landis |
| 677 Willow Avenue | 677 Willow Avenue |
| Apartment 2 | Apartment 2 |
| Garwood, NJ 07027 | Garwood, NJ 07027 |

Social Security No.:
  xxx−xx−2427                                xxx−xx−8444

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 11, 2018</u>                  <u>Rosemary Gambardella</u>
                                                           Judge, United States Bankruptcy Court